AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: 23-8126MB | Date and Time Warrant Executed: 3/24/23 4:41 pm | Copy of warrant and inventory left with: email: lerinbound@t-mobile.com |
|---|---|---|

Inventory Made in the Presence of:

SA Daniel F. Bauer

Inventory of the property taken and name of any person(s) seized:

The following information pertaining to (520) 910-2036 for the period of: 1/1/23 - 2/28/23:

1. Call Data Records
2. Certification
3. Data Sessions
4. Timing Advance

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/6/23

_[signature]_
Executing officer's signature

Daniel F. Bauer / Special Agent FBI
Printed name and title